UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNIQUE KIANA BISHOP, | ) | Case No. CV 14-548-CAS(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| D.K. JOHNSON, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: May 8, 2014

*/s/ Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge